LAVIN, COLEMAN, O'NEIL, RICCI, FINARELLI & GRAY
BY: Edward T. Finch, Esquire
Identification No. 83692
510 Walnut Street, Suite 1000
Philadelphia, PA  19106
(215) 627-0303

| | |
|---|---|
| FRANK  SAKEWICZ  and  SOPHIE  SAKEWICZ, Husband and Wife | COURT OF COMMON PLEAS DELAWARE COUNTY |
| V. | NO. 02-60124 |
| PNEUMO ABEX CORPORATION, as successor in interest to Abex Corporation, ET AL. | |

### PRAECIPE TO FILE NOTICE OF REMOVAL

**TO THE PROTHONOTARY:**

Kindly file the attached Notice of Removal in the above-captioned matter.

Respectfully submitted,

LAVIN, COLEMAN, O'NEIL, RICCI,
FINARELLI & GRAY

BY: _____
Edward T. Finch, Esquire
Attorney for Defendants,
Ford Motor Company and
General Motors Corporation



**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

FRANK SAKEWICZ and SOPHIE SAKEWICZ,     CASE NO. $O2 CV2969$
Husband and Wife

     V.

FORD MOTOR COMPANY
GENERAL MOTORS CORPORATION
FEDERAL-MOGUL GLOBAL, INC.

---

## NOTICE OF REMOVAL

Defendants Ford Motor Company and General Motors Corporation (the "automobile manufacturers") hereby give notice of the removal to the United States District Court for the Eastern District of Pennsylvania of the claims which have been asserted against them in the action captioned Frank Sakewicz and Sophie Sakewicz, Husband and Wife v. Pneumo Abex Corporation, as successor in interest to Abex Corp., et al. now pending in the Court of Common Pleas of Delaware County, at No. 02-60124. This Notice of Removal is filed pursuant to 28 U.S.C. § 1452(a), and as grounds for removal the automobile manufacturers state the following:

1.    The action of which the removed claims are a part was commenced in the Court of Common Pleas of Delaware County.

2.    The removed claims are those for personal injury or wrongful death asserted against the automobile manufacturers on the basis of alleged exposure to certain of their asbestos-containing products, including brakes and other automotive parts, manufactured for the automobile manufacturers by Federal-Mogul Global, Inc., or companies that it purchased, one or more of which is a co-defendant of the automobile manufacturers.

3.      On October 1, 2001 Federal-Mogul Global, Inc. filed a voluntary petition for protection under Chapter 11 of the United States Bankruptcy Code, commencing bankruptcy case number 01-10578 (the "Federal-Mogul Bankruptcy Case") currently pending in the United States Bankruptcy Court for the District of Delaware.

4.      The removed claims may be removed to this Court pursuant to 28 U.S.C. § 1452(a): (i) the removed claims are asserted in a civil action not exempt from removal; and (ii) the Court has jurisdiction of the removed claims under 28 U.S.C. § 1334. All claims asserted against the Removing Defendants are related to the Federal-Mogul Bankruptcy Case, and the continued prosecution, outcome at trial or other resolution of the claims will have an effect on the administration of the Federal-Mogul Bankruptcy Case.

5.      Removal to this Court is timely pursuant to Federal Rule of Bankruptcy Procedure 9027(a)(3) in that the Federal-Mogul Bankruptcy Case was pending when the removed claims were asserted on or after October 1, 2001 and in that this notice has been filed within 30 days of receipt by one or all of the automobile manufacturers of a copy of the initial pleading setting forth the removed claims.

6.      Upon removal, the proceedings with respect to the removed claims are non-core. The automobile manufacturers do not consent to entry of a final order or judgment by the bankruptcy judge to the extent the bankruptcy court is authorized to hear or determine such claims consistent with 28 U.S.C. § 157(b)(5).

7.      The purpose of removal is to facilitate transfer of the removed claims to the United States District Court for the District of Delaware, the district court presiding over the Federal-Mogul Bankruptcy Case, to resolve on a consolidated basis the common threshold scientific issues

2

concerning whether brakes and other automotive parts cause disease. *See, e.g., In re Dow Corning Corp.*, 1995 W.L. 495978, at *2 (Bankr. E.D. Mich. Aug. 9, 1995) (personal injury tort claims transferred to bankruptcy court pursuant to 28 U.S.C. § 157(b)(5) to resolve threshold scientific issues concerning whether silicone breast implants caused disease after removal to federal court pursuant to 28 U.S.C. § 1452(a)).

8.      On November 20, 2001, the automobile manufacturers filed in the Federal-Mogul Bankruptcy Case a motion pursuant to 28 U.S.C. § 157(b)(5) to transfer this and all other claims related to brakes and automotive parts for consolidated resolution of the threshold scientific issues concerning whether brakes and other automotive parts cause disease.

9.      On December 10, 2001 the Honorable Alfred M. Wolin issued the attached Order provisionally transferring pursuant to 28 U.S.C. § 157(b)(5) the claims asserted against the automobile manufacturers to the United States District Court for the District of Delaware.

10.     On January 3, 2002, Judge Wolin issued a letter opinion and order reiterating that all asbestos friction claims against the automobile manufacturers pending in federal courts as of December 10 had been transferred, and ordering any claims removed after December 10 transferred as well. A copy of the Order and Opinion are attached to this Notice.

11.     On February 8, 2002, the Honorable Alfred M. Wolin denied the "Motions to Transfer the 'Friction Claims'" and simultaneously remanded the friction products claims. Attached hereto is a copy of said Order.

12.     However, on February 11, 2002, the United States Court of Appeals for the Third Circuit granted a Temporary Stay of Judge Wolin's February 8, 2002 Court Order so that the matter could be considered by a three-judge panel of that court. Attached hereto is a copy of said Order.

3

13.    The Removing Defendants file this Notice of Removal to adequately protect the interests of Removing Defendants and to facilitate transfer of these claims to the United States District Court for the District of Delaware pursuant to Judge Wolin's provisional transfer order.

14.    The automobile manufacturers will comply with 28 U.S.C. § 1446(d) by promptly giving notice of the filing of this Notice of Removal to all adverse parties to the action pending in the state court and filing a copy of this Notice of Removal with the prothonotary of the Court of Common Pleas of Delaware County.

Respectfully submitted,

LAVIN, COLEMAN, O'NEIL, RICCI,
FINARELLI & GRAY

BY: _____
Edward T. Finch, Esquire
Attorney for Defendants,
Ford Motor Company and
General Motors Corporation

4

## CERTIFICATE OF SERVICE

I, Edward T. Finch, Esquire, hereby certify that pursuant to 28 U.S.C. § 1446(d) written

notice of the removal of this action will be promptly given to all adverse parties and a copy of the

Notice of Removal will be filed with the Court of Common Pleas.

Edward T. Finch, Esquire

FOR THE EASTE<sup>…</sup>
the case for the p<sup>…</sup>

Address of r

**Defendants (Names and Addresses):**

    Ford Motor Company
    Parklane Towers West
    Suite 1500
    Three Parklane Boulevard
    Dearborn, MI  48126-2568

    General Motors Corporation
    400 Renaissance Center
    P.O. Box 400
    Detroit, MI  48265-4000

    Federal-Mogul Global, Inc., individually and/or as parent company, successor in interest, or indemnitor to or of:

        Fel-Pro, Inc.,

        Ferodo America, Inc.,

        Gasket Holdings, Inc., formerly known as Flexitallic Gasket Company,

        Moog Automotive Inc., formerly known as Wagner Electric Corporation,

        Pneumo Abex Corp., or

        T&N plc.

        2655 Northwestern Highway
        Southfield, MI  48034

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

FRANK SAKEWICZ and SOPHIE SAKEWICZ,
Husband and Wife                                    CASE NO.

         V.

FORD MOTOR COMPANY
GENERAL MOTORS CORPORATION
FEDERAL-MOGUL GLOBAL, INC.

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See §1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

## SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a)  Habeas Corpus – Cases brought under 28 U.S.C. §2441 through §2255.            (  )

(b)  Social Security – Cases requesting review of a decision of the Secretary of
     Health and Human Services denying plaintiff Social Security Benefits.          (  )

(c)  Arbitration – Cases required to be designated for arbitration under Local
     Civil Rule 8.                                                                  (  )

(d)  Asbestos – Cases involving claims for personal injury or property damage
     from exposure to asbestos.                                                     ( X )

(e)  Special Management – Cases that do not fall into tracks (a) through (d) that
     are commonly referred to as complex and that need special or intense
     management by the court. (See reverse side of this form for a detailed
     explanation of special management cases.)                                      (  )

(f)  Standard Management – Cases that do not fall into any one of the other
     tracks.                                                                        (  )

May 17, 2002
_____                    _____
      (Date)                                          Attorney-at-law

                                              Edward T. Finch, Esquire
                                                    Attorney For
                                    _____
                                    Ford Motor Company and General Motors Corporation

(Civ. 660)
12/91

JS44
(Rev. 12/96)

## CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose if initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I (a) PLAINTIFFS**
Frank Sakewicz and Sophie Sakewicz, Husband and Wife

**DEFENDANTS**
SEE ATTACHED

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT
OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Lawrence R. Cohen, Esquire
Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley
1900 Delancey Place
Philadelphia, PA 19103
(215) 790-4567

ATTORNEYS (IF KNOWN)
Lavin, Coleman, O'Neil, Ricci, Finarelli & Gray
Penn Mutual Tower
510 Walnut Street - Suite 1000
Philadelphia, PA 19106
(215) 627-0303

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of
Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX
(For Diversity Cases Only)   FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)
Action for personal injury for asbestos exposure against Federal-Mogul Global, Inc., or companies it purchased and removing defendants, removed pursuant to
28 U.S.C. § 1452(a).

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 442 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury – Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instruments | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 830 Patents | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 520 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS – Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Other | | | |

**VI. ORIGIN** (PLACE AN x IN ONE BOX ONLY)

☐ 1 Original Proceeding    ☒ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    ☐ 6 Multidistrict Litigation    ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**   CHECK IF THIS IS A **CLASS ACTION**   ☐ UNDER F.R.C.P. 23

**DEMAND $**
In Excess of $50,000.00

Check YES only if demanded in complaint:
**JURY DEMAND** ☒ YES   ☐ NO

**VIII. RELATED CASE(S)** (See instructions):
IF ANY

JUDGE _____   DOCKET NUMBER 01-CV-5981

DATE
May 17, 2002

SIGNATURE OF ATTORNEY OF RECORD
Edward T. Finch, Esquire

RECEIPT# _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG JUDGE _____

**Defendants (Names and Addresses):**

Ford Motor Company
Parklane Towers West
Suite 1500
Three Parklane Boulevard
Dearborn, MI 48126-2568

General Motors Corporation
400 Renaissance Center
P.O. Box 400
Detroit, MI 48265-4000

Federal-Mogul Global, Inc., individually and/or as parent company, successor in interest, or indemnitor to or of:

      Fel-Pro, Inc.,

      Ferodo America, Inc.,

      Gasket Holdings, Inc., formerly known as Flexitallic Gasket Company,

      Moog Automotive Inc., formerly known as Wagner Electric Corporation,

      Pneumo Abex Corp., or

      T&N plc.

2655 Northwestern Highway
Southfield, MI 48034

COPY

ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY
BY:    LAWRENCE R. COHAN, ESQUIRE
       MARGARET A. BARRY, ESQUIRE
       THOMAS R. ANAPOL, ESQUIRE
       MIRIAM B. BARISH, ESQUIRE
       HEATHER J. LIPSON, ESQUIRE
I.D. NOS.:    30546;  44056; 62121; 72622; 80914
1900 Delancey Place
Philadelphia, PA  19103
(215) 790-4567

---

| | | |
|---|---|---|
| FRANK SAKEWICZ and SOPHIE SAKEWICZ,<br>Husband and Wife<br>Box 44<br>Crum Lynn, Pennsylvania 19022 | : <br> : <br> : <br> : | COURT OF COMMON PLEAS<br>DELAWARE COUNTY, PA <br><br>ASBESTOS CASE |
| vs. | : <br> : <br> : | JURY TRIAL DEMANDED |
| PNEUMO ABEX CORPORATION, as<br>successor in interest to Abex Corp., et al | : | NO. 02-6012|

## COMPLAINT

### NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

### AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas de estas demandas expuestas en las páginas siguientes, usted tiene veinte (20) días de plazo a partir de la fecha de la demanda y la notificación. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomará medidas y puede continuar la demanda en contra suya sin previo aviso o notificación. Además, la corte puede decidir a favor del demandante y requiere que usted compla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.
LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICO, VAYA EN PERSONA O LLAME POR TELÉFONO A LA OFICINA CUYA DIRECCIÓN SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE

### LAWYER REFERRAL SERVICE
### DELAWARE COUNTY BAR ASSOCIATION
### Front and Lemon Streets
### Media, PA  19063
### (610) 566-6625

DELAWARE CO PA
JUDICIAL SUPPORT

APR  8  1 50 PM '02

FIL

## DEFENDANTS' ADDRESSES

PNEUMO ABEX CORPORATION
c/o Prentice Hall Corporation
2704 Commerce Drive, Suite B
Harrisburg, PA 17110
(DAUPHIN COUNTY)

A-BEST PRODUCTS COMPANY
c/o Carolyn Cappel, Esquire
Westin, Hurd, Fallon, Paisely & Howley
2500 Terminal Tower
50 Public Square
Cleveland, Ohio 44113-2241

A.C. & S. INC.
P.O. Box 1548
120 N. Lime Street
Lancaster, PA 17602
(LANCASTER COUNTY)

Airco Welders Supply
829 Paxton Street
Harrisburg, PA 17111
(DAUPHIN COUNTY)

ALLIED SIGNAL, INC.
P.O. Box 2245 R
Morristown, New Jersey 07960

ASBESTOS CORPORATION, LTD.
840 Boul Ouellet 0
Thetford Mines PQ
Quebec, Canada G6G 5B1

A.W. CHESTERTON, INC.
Route 93, Middlesex
Stoneham, MA 02180

BORG WARNER CORPORATION
6700 18½ Mile Road
Sterling Heights, Michigan 48311

BRAND INSULATIONS, INC.
c/o Kevin O'Hagan, Esquire
Smith & Amunbsen
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601

Burnham Boiler Corporation
c/o C.T. Corporation Systems
1515 Market Street
Philadelphia, PA 19102
(PHILADELPHIA COUNTY)

CLEAVER BROOKS COMPANY
c/o C.T. Corporation Systems
1515 Market Street
Philadelphia, PA 19102
(PHILADELPHIA COUNTY)

COMBUSTION ENGINEERING CO., INC.
c/o Christine L. Astin, Claims Analyst
CVCSC, Inc.
525 Brook Street
Rocky Hill, CT 06067-0950

CROWN, CORK & SEAL CO., INC.
One Crown Way
Philadelphia, PA 19154
(PHILADELPHIA COUNTY)

DANA CORPORATION
P.O. Box 1000
Toledo, Ohio 43697-1000

DREVER FURNACES
Red Lion Road and Philmont Avenue
Huntingdon Valley, PA 19006
(MONTGOMERY COUNTY)

DURABLA MANUFACTURING COMPANY
P.O. Box 700
140 Sheree Boulevard
Exton, PA 19341
(CHESTER COUNTY)

EATON CORPORATION, as successor-in-interest to Cutler-Hammer, Inc.
1111 Superior Avenue, S.E.
Cleveland, OH 44114

FORD MOTOR COMPANY
c/o John Rintamaki
1037 The American Road
Dearborn, Michigan 48121

FOSTER WHEELER CORPORATION
Perryville Corporate Park
Clinton, New Jersey  08009-4000

GARLOCK, INC.
One Marine Midland Plaza
Suite 1830
Rochester, New York  14604-2415

GENERAL MOTORS CORPORATION
c/o C.T. Corporation Systems
1515 Market Street
Philadelphia, PA 19102
(PHILADELPHIA, COUNTY)

GENERAL REFRACTORIES COMPANY
225 City Line Avenue
Bala Cynwyd, PA 19004
(MONTGOMERY COUNTY)

GTE Corporation
A subsidiary of Verizon Communications, Inc.
1095 Avenue of the Americas
New York, New York 10036

Honeywell International, Inc.
P.O. Box 4000
Morristown, New Jersey 07962

IMO Industries, Inc.
997 Lenox Drive, Suite 111
Building Four West
Lawrenceville, New Jersey 08648

MAGNETEK, INC.
26 Century Boulevard, Suite 600
Nashville, TN 37214-4602

MAREMONT CORPORATION
One Noblitt Plaza
Columbus IN 47201

METROPOLITAN LIFE INSURANCE COMPANY
1 Madison Avenue
New York, New York  10010

OWENS ILLINOIS,INC.
One Sea Gate
Toledo, OH  43604

PFIZER, INC.
235 East 42nd Street
NewYork,NewYork 10017

PALMETTO PRODUCTS
c/o Green Tweed & Company
Detwiler Road
Kulpsville, PA 19443
(MONTGOMERY COUNTY)

RAPID AMERICAN CORPORATION
c/o Prentice Hall
2711 Centerville Road, Suite 400
Wilmington, Delaware  19808-1645

RILEY STOKER CORPORATION
Box 2040
Worcester, MA 01606

Royal Electric Company
3233 Hunting Park Avenue
Philadelphia, PA 19132
(PHILADELPHIA COUNTY)

Sager Corporation
c/o Richard C. Polley, Esquire
Dickie, McCamey & Chilcote
Suite 400, Two PPG Place
Pittsburgh, PA 15222
(ALLEGHENY COUNTY)

UNIROYAL, INC.
70 Great Hill Road
Naugatuck, CT 06770

ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY
BY:    LAWRENCE R. COHAN, ESQUIRE
       MARGARET A. BARRY, ESQUIRE
       THOMAS R. ANAPOL, ESQUIRE
       MIRIAM B. BARISH, ESQUIRE
       HEATHER J. LIPSON, ESQUIRE
I.D. NOS.:    30546; 44056; 62121; 72622; 80914
1900 Delancey Place
Philadelphia, PA  19103
(215) 790-4567

---

| | | |
|---|---|---|
| FRANK SAKEWICZ and SOPHIE SAKEWICZ, | : | COURT OF COMMON PLEAS |
| Husband and Wife | : | DELAWARE COUNTY, PA |
| Box 44 | | |
| Crum Lynn, Pennsylvania 19022 | : | ASBESTOS CASE |
| | : | |
| vs. | : | JURY TRIAL DEMANDED |
| | : | |
| PNEUMO ABEX CORPORATION, as | : | |
| successor in interest to Abex Corp.; | : | NO. |

PNEUMO ABEX CORPORATION, as
successor in interest to Abex Corp.;
A-BEST PRODUCTS COMPANY;
A.C. & S. INC.;
AIRCO WELDERS SUPPLY;
ALLIED SIGNAL, INC.;
ASBESTOS CORPORATION, LTD.;
A.W. CHESTERTON, INC.;
BORG WARNER CORPORATION;
BRAND INSULATIONS, INC.;
BURMHAM BOILER CORPORATION;
CLEAVER BROOKS, CO., a division of Aqua-Chem, Inc.:
COMBUSTION ENGINEERING CO., INC.;
CROWN, CORK & SEAL COMPANY;
DANA CORPORATION;
DREVER FURNACES;
DURABLA MANUFACTURING COMPANY;
EATON CORPORATION, as successor-in-interest to
Cutler-Hammer, Inc.;
FORD MOTOR COMPANY;
FOSTER WHEELER CORPORATION;
GARLOCK, INC.;
GENERAL MOTORS CORPORATION;
GENERAL REFRACTORIES COMPANY;
GTE CORPORATION;
HONEYWELL INTERNATIONAL, INC., successor-in
interest to Allied Signal, Inc.;
IMO INDUSTRIES, INC., as successor in
interest to and f/k/a DeLaval Turbine,
Transamerica DeLaval and Imo DeLaval;
J.H. FRANCE, INC.,

MAREMONT CORPORATION;                             :
PFIZER, INC.;                                     :
PALMETTO PRODUCTS, a division of Green Tweed      :
& Company;                                        :
OWENS ILLINOIS, INC.;                             :
RAPID AMERICAN CORPORATION                        :
RILEY STOKER CORPORATION;                         :
ROYAL ELECTRIC COMPANY;                           :
SAGER CORPORATION;                                :
UNIROYAL, INC.;                                   :
METROPOLITAN LIFE INSURANCE CO.                   :

## COMPLAINT

Pursuant to an Order dated December 26,1989, signed by the Honorable Francis J.

Catania, President Judge, the following Short Form Complaint is utilized in this asbestos

action.  Plaintiffs hereby incorporate the Master Long Form Complaint as fully as if that

document was set forth at length herein including, but not limited to:

|          |   |                                      |
|----------|---|--------------------------------------|
| COUNT I   | - | (Negligence and Outrageous Conduct) |
| COUNT II  | - | (Strict Liability)                  |
| COUNT III | - | (Conspiracy)                        |
| COUNT IV  | - | (Breach of Warranty)                |
| COUNT V   | - | (Damages)                           |
| COUNT VI  | - | (Loss of Consortium)                |

1.    The Plaintiffs in the instant matter are:

    a.    Frank Sakewicz (Plaintiff-worker)
       Box 44
       Crum Lynn, Pennsylvania 19022

       Social Security No.  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
       Date of Birth:         March 19, 1924

    b.    Sophie Sakewicz (Plaintiff-wife)
       (address same as Plaintiff-worker)

2.    The Defendants are those companies listed in the caption.

3.     The Defendants in the instant matter are those listed in the above captioned. In addition, Plaintiff has named Defendant, RAPID AMERICAN CORPORATION, which was not named in Plaintiffs' Master General Long Form Complaint, No. 90-0001.

Defendant, RAPID AMERICAN CORPORATION, as successor in interest to Philip Carey Corporation, is a corporation whose registered agent address for process of serving is, Prentice Hall, 2711 Centerville Road, Wilmington, Delaware 19808, which is doing business in the Commonwealth of Pennsylvania. At all times material hereto, Defendant, RAPID AMERICAN, manufactured, produced and sold, either directly and indirectly, in the geographical area in which Plaintiff worked, and/or to employers of the Plaintiff and/or to contractors on job sites on which Plaintiff worked, asbestos products, including but not limited to asbestos block, pipe covering and insulation materials.

4.     The Defendants in the instant matter are those listed in the above captioned. In addition, Plaintiff has named Defendant, METROPOLITAN LIFE INSURANCE COMPANY, which was not named in Plaintiffs' Master General Long Form Complaint, No. 90-0001.

Defendant, METROPOLITAN LIFE INSURANCE COMPANY, is an insurance company organized and existing under the laws of the State of New York, has its principal place of business in the State of New York and at all times material hereto was doing business in the Commonwealth of Pennsylvania. It is sued for its conduct and omissions as a consultant to certain defendants.

5.    Plaintiff's asbestos employment history including, to the extent possible at this time, the asbestos products to which Plaintiff-worker was exposed is attached hereto as Exhibit I.

6.    Plaintiff-worker first learned of his asbestos-related disease, bilateral pleural thickening, on or about April 14,2000 from Richard B. Levine. Plaintiff-worker first became aware of his asbestos-related disease only after the diagnosis date.

7.    Plaintiff-worker's history of tobacco use is as follows:

Plaintiff stopped smoking cigarettes in 1975. Prior to quitting, plaintiff smoked one and one-half pack of cigarettes per day.

8.    A claim for lost wages of the Plaintiff is not asserted at this time, but may become viable in the future.

9.    The following person are dependent upon Plaintiff-worker for support:

a.    Sophie Sakewicz

10.    Plaintiffs hereby certify through their undersigned counsel that they have brought no other claim in a court of law for their asbestos caused injuries.

WHEREFORE, Plaintiffs, Frank Sakewicz and Sophie Sakewicz, pray for judgment against the Defendants and each of them individually, jointly and/or severally on each of the above Counts, for compensatory damages in an amount in excess of FIFTY-THOUSAND DOLLARS ($50,000.00) and (except on Count IV) punitive damages in a sum in excess of FIFTY-THOUSAND DOLLARS ($50,000.00) plus cost of suit, and such other further relief as is just and proper.

FRANK SAKEWICZ
PLAINTIFF-WORKER'S ASBESTOS WORK HISTORY
EXHIBIT I

| Commenced Date | Ended Date | Jobsite | Social Security # | Job Description | Asbestos Manufacturer/Product |
|---|---|---|---|---|---|
| 1946 | 1971 | Baldwin Lima Hamilton Eddystone, PA | 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 | Maintenance/ Machinery Repairman | See detailed description in Plaintiffs' Master Long Form Complaint |
| 1971 | 1990 | General Chemical Marcus Hook, PA | "        " | Machinery Repairman/ Crane Repairman/ Worked on water pipes/ Welding | |

ANAPOL, SCHWARTZ, WEISS, COHAN
FELDMAN & SMALLEY

BY _____

LAWRENCE R. COHAN, ESQUIRE
MARGARET A. BARRY, ESQUIRE
THOMAS R. ANAPOL, ESQUIRE
MIRIAM B. BARISH, ESQUIRE
HEATHER J. LIPSON, ESQUIRE

## VERIFICATION

HEATHER J. LIPSON, ESQUIRE, hereby states that she is the attorney for the Plaintiff(s) and verifies that the statements made in the foregoing COMPLAINT, are true and correct to the best of her knowledge, information and belief. The undersigned understands that the statement therein is made subject to the penalties of 18 Pa.C.S.A. §4904, relating to unsworn falsification to authorities.

ANAPOL, SCHWARTZ, WEISS, COHAN
FELDMAN & SMALLEY

HEATHER J. LIPSON, ESQUIRE

DATED: 3/28/02